Gloria STEPHENS, Plaintiff–Appellant,

Beatrice Mladenka–Fowler, Appellant,

v.

DENTON INDEPENDENT SCHOOL DISTRICT; et al, Defendants,

Denton Independent School District; Mark Baker; Julia Christman; Rick Woolfolk, Defendants–Appellees.

No. 03–40578.

United States Court of Appeals, Fifth Circuit.

May 7, 2004.

Thomas Henry Padgett, Jr., Lagarde Law Firm, Houston, TX, for Plaintiff, Counter-Defendant, Appellants.

Thomas Phillip Brandt, Robert Harris Fugate, Nellie Gomez Hooper, Fanning, Harper & Martinson, Dallas, TX, Michael

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

J. Whitten, Griffin, Whitten, Jones & Reib, Denton, TX, for Defendants-Appellees.

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM.*

AFFIRMED. *See* 5th CIR. R. 47.6.